UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bobbie L. Brown, Jr., | |
| Plaintiff, | Case No. 21-cv-920 PJS/ECW |
| v. | **ORDER** |
| Warden Kallis, | |
| Defendant. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 21, 2022, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff Bobbie L. Brown, Jr.'s Motion for Habeas Relief Pursuant to § 2241 (Dkt. 1) is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

DATED: 5/24/22

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States District Judge